UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Quordalis V. Sanders, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-1350 (UNA)
)
Scott S. Harris *et al.*, )
)
Defendants. )

MEMORANDUM OPINION

This matter is before the court on its review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. For the reasons explained below, the *in forma pauperis* application will be granted and this case will be dismissed pursuant to 28 U.S.C. § 1915A, which requires immediate dismissal of a prisoner's complaint that fails to state a claim upon which relief can be granted.

Plaintiff, a Wisconsin state prisoner incarcerated in Waupun, Wisconsin, has sued the Clerk of the United States Supreme Court and another employee of that office. The handwritten complaint is barely legible. Regardless, plaintiff alleges that the defendants returned a petition he submitted in March 2018 "unfiled for frivolous claims and inadequate reasons[.]" Compl. at 2. He seeks equitable relief and monetary damages. *See id.* at 3.

The Supreme Court "has inherent [and exclusive] supervisory authority over its Clerk." *In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam). Therefore, "a lower court may [not] compel the Clerk of the Supreme Court to take any action." *Id.*; *see Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980) ("It seems axiomatic that a

1

lower court may not order the judges or officers of a higher court to take an action."). In addition, "the Supreme Court Clerk and Clerk's office staff enjoy absolute immunity from a lawsuit for money damages based upon decisions falling within the scope of their official duties," as is alleged in this case. *Miller v. Harris*, 599 Fed. App'x 1 (D.C. Cir. 2015) (per curiam) (citing *Sindram v. Suda*, 986 F.2d 1459 (D.C. Cir. 1993) (per curiam)). Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: August 16 , 2018          United States District Judge